1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff ARTHUR JOSEPH MELENDEZ
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ARTHUR JOSEPH MELENDEZ, | ) Case No.: 2:15-CV-02050 KJN |
|---|---|
| Plaintiff, | ) ORDER RE STIPULATION TO |
| vs. | ) EXTEND BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Arthur Joseph Melendez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to April 18, 2016; and that Defendant shall have until May 18, 2016, to file her opposition. Any reply by plaintiff will be due June 8, 2016.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 14, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  March 14, 2016          BENJAMIN WAGNER
United States Attorney


*/S/- Jean M. Turk

_____
Jean M. Turk
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 18, 2016, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to May 18, 2016 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due June 8, 2016.

IT IS SO ORDERED.

Dated:  March 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE