Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ARTHUR JOSEPH MELENDEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JOSEPH MELENDEZ, | Case No.: 2:15-CV-02050 KJN |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Arthur Joseph Melendez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to May 18, 2016; and that Defendant shall have until June 20, 2016, to file her opposition. Any reply by plaintiff will be due June 30, 2016.

1   Second extension of time for plaintiff is needed in order to allow the parties
2  to engage in good faith settlement discussions.  Counsel sincerely apologizes to the
3  court for any inconvenience this may have had upon it or its staff.

DATE: April 19, 2016          Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Steven G. Rosales*
                              BY: _____
                              Steven G. Rosales
                              Attorney for plaintiff

DATED:  April 19, 2016        BENJAMIN WAGNER
                              United States Attorney



                              */S/- Jean M. Turk

                              _____
                              Jean M. Turk
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

-2-

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including May 18, 2016, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to June 18, 2016 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due June 30, 2016.

IT IS SO ORDERED.

Dated:  April 21, 2016

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE